UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRAVIS SNEED,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SPOKANE COUNTY, a municipal corporation of the State of Washington; MARK STERK, former Spokane County Jail Commander; CRISWELL KENNEDY, M.D., Spokane County Jail physician; one UNKNOWN MENTAL HEALTH NURSE employed by Spokane County Jail; OFFICER DAVID PUKITIS, an employee of Spokane County Jail; SERGEANT LONG, an employee of Spokane County Jail; one or more UNKNOWN CORRECTIONAL SERGEANTS and LIEUTENANTS; and one or more UNKNOWN CORRECTIONAL DEPUTIES, employees of the Spokane County Jail,<br><br>　　　　　　Defendants. | NO.  CV-08-201-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

　　THIS MATTER, having come on regularly before the undersigned judge in the above-entitled Court, the Court having considered the Stipulation of the parties, and the Court deeming itself otherwise fully advised in the premises, now, therefore it is hereby

ORDER OF DISMISSAL WITH PREJUDICE -1

**ORDERED, ADJUDGED AND DECREED** that the Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

The District Court Executive is ordered to **ENTER THIS ORDER,** furnish copies to counsel, and **CLOSE** this file.

**DATED** this 23rd day of March, 2010.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE -2